UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM EVANS,
        Petitioner,

    v.

UNITED STATES OF AMERICA,
        Respondent.

No. 2:95-cr-00434

# O R D E R

**AND NOW**, this 18th day of June, 2020, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. William Evans' motion pursuant to 28 U.S.C. § 2255, *see* ECF Nos. 144 & 156, is **DENIED.**

2. William Evans' related motion, *see* ECF No. 154, is **DISMISSED, for lack of jurisdiction.**

3. Any and all other claims asserted in other filings are also **DIMISSED, for lack of jurisdiction.**

4. This case is **CLOSED**.

5. There is no basis for the issuance of a certificate of appealability.

                                    BY THE COURT:

                                    */s/ Joseph F. Leeson, Jr.*
                                    JOSEPH F. LEESON, JR.
                                    United States District Judge