**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | No 2:95-cr-00434 |
| WILLIAM EVANS, Defendant. | : | |

**ORDER**

**AND NOW,** this 24th day of November, 2026, for the reasons stated in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

The Motion for Reconsideration and Related Restitution Relief, ECF No. 191, is **GRANTED in part** as follows:

1. The Motion is granted to the extent that the Court considered the Defendant's unpaid restitution in its Opinion dated October 5, 2026, ECF No. 188.
2. The paragraph beginning at the bottom of page 9 ("As of . . .") and ending at the top of page 10 (". . . obligations).") of the Opinion, ECF No. 188, is **STRICKEN**.
3. The Motion is denied in all other respects.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge